# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

THOMAS MCFATTER

    VS                                                                                             CASE NO.   5:06cv168/RS/MD

JO ANNE B. BARNHART

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on    January 26, 2007
Type of Motion/Pleading: MOTION FOR ENLARGEMENT OF TIME (to 2/22/2007, to file memorandum)
Filed by: plaintiff         on 1/26/07     Document   12
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                          on                Doc.#
                                                          on                Doc.#
                                                         WILLIAM M. McCOOL, CLERK OF COURT

                                                         /s/ *C. Justice*
                                                         Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 30th day of January, 2007, that:

(a)   The requested relief is GRANTED.

(b)   _____

                                                         /s/ *Miles Davis*
                                                        MILES DAVIS
                                                       UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
_____

                                                Document No.